UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALLISON OKPYCH, on behalf of herself and all persons similarly situated, | ) ) ) |
| Plaintiff, | ) Civil Case No. 3:16-cv-00199 ) Jordan/Guyton |
| v. | ) ) |
| 21st MORTGAGE CORPORATION, | ) ) |
| Defendant. | ) |

## STIPULATION

Comes the Plaintiff, Allison Okpych, and Defendant, 21st Mortgage Corporation ("21st Mortgage"), by and through counsel, and pursuant to Local Rule 12.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee, and respectfully submit this Stipulation allowing Defendant 21st Mortgage an additional 21 days, or through June 10, 2016, in which to file a responsive pleading to the Complaint in this case. Furthermore, the parties recognize that Defendant 21st Mortgage does not waive any defenses which it may have under the Federal Rules of Civil Procedure, including Rule 12 of the Federal Rules of Civil Procedure, by submission of this Stipulation.

3559861.1

Respectfully submitted this 16th day of May, 2016.

        WOOLF, McCLANE, BRIGHT,
         ALLEN & CARPENTER, PLLC

        By:    *s/*Robert L. Vance
              J. Ford Little, BPR #013970
              Robert L. Vance, BPR # 021733
Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
*bvance@wmbac.com*
*flittle@wmbac.com*

Attorneys for 21st Mortgage Corporation

THE GLAPION LAW FIRM, LLC

By:    s/Jeremy M. Glapion
       Jeremy M. Glapion, NJ Bar ID #145972015
1704 Maxwell Drive
Wall, NJ 07719
Telephone: (732) 455-9737
Facsimile: (732) 709-5150
*jmg@glapionlaw.com*

Attorney for Allison Okpych

2

3559861.1

Case 3:16-cv-00199-RLJ-HBG   Document 12   Filed 05/16/16   Page 2 of 2   PageID #: 31