UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ALLISON OKPYCH, on behalf of herself and all persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:16-cv-00199 |
| | ) ) | Jordan/Guyton |
| 21st MORTGAGE CORPORATION | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, through their respective undersigned counsel, hereby stipulate to dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

Respectfully submitted this 22nd day of June, 2016.

                        THE GLAPION LAW FIRM, LLC

                        By:      s/ Jeremy M. Glapion
                              Jeremy M. Glapion, NJ Bar ID #145972015

                        1704 Maxwell Drive
                        Wall, NJ 07719
                        Telephone: (732) 455-9737
                        Facsimile: (732) 709-5150
                        *jmg@glapionlaw.com*

                        *Attorney for Allison Okpych*

1

WOOLF, McCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC

By: s/J. Ford Little
 J. Ford Little, BPR #013870
 Robert L. Vance, BPR # 021733

Post Office Box 900
Knoxville, Tennessee 37901-0900
Telephone: (865) 215-1000
Facsimile: (865) 215-1001
*flittle@wmbac.com*
*bvance@wmbac.com*

*Attorneys for Defendant 21st Mortgage Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/            Jeremy M. Glapion
Attorney for Plaintiff Allison Okpych

3

Case 3:16-cv-00199-RLJ-HBG   Document 13   Filed 06/22/16   Page 3 of 3   PageID #: 34